UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Penn-America Insurance Company,
        Plaintiff(s),

    V.

Beshere Electric, et al.,
        Defendant(s),

CIVIL ACTION

NO. <u>20-10749-TSH</u>

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Hillman, D. J.</u>

    The Court having been advised on   <u>March 17, 2022</u>   that the above-entitled action has been settled.

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

By the Court,

<u>  March 17, 2022  </u>
      Date

<u>/s/ Martin Castles      </u>
Deputy Clerk