UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CASE NUMBER: 4:20-CV-10749-DHH**

| | |
|---|---|
| **PENN-AMERICA INSURANCE CO.** | ) |
|     **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BESHERE ELECTRIC, INC.,** | ) |
| **NORTHERN ENERGY SERVICES, INC.,** | ) |
| **AND THIAGO MACHADO AS PERSONAL** | ) |
| **REPRESENTATIVE OF THE ESTATE OF** | ) |
| **PAULO MACHADO** | ) |
|     **Defendants** | ) |

**STIPULATION OF DISMISSAL**

The parties, by their respective counsel, stipulate and agree that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

| | |
|---|---|
| **By their attorneys,** | **BESHERE ELECTRIC, INC.** |
| **PENN-AMERICA INSURANCE COMPANY** | |
| | |
|    */s John P. Coakley* |    */s Peter E. Heppner* |
| **John P. Coakley, BBO# 558685** | **Peter E. Heppner, BBO #559504** |
| **Peter C. Kober, BBO# 276260** | **Lynch & Lynch** |
| **Murphy & Riley, P.C.** | **45 Bristol Drive** |
| **125 High Street** | **South Easton, MA 02375** |
| **Boston, MA 02110** | **(508) 230-2500** |
| **(617) 423-3700** | pheppner@lynchlynch.com |
| jcoakley@murphyriley.com | **(Signature by permission)** |
| pkober@murphyriley.com | |

| NORTHERN ENERGY SERVICES, INC. | THIAGO MACHADO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAULO MACHADO |
|---|---|
| __/s Alexandra R. Power_____ | _J. Michael Conley_____ |
| **Alexandra R. Power, BBO #456310** | **J. Michael Conley, BBO #094090** |
| **Jennifer C. Sheehan, BBO #676822** | **Kenney & Conley, P.C.** |
| **Hamel, Marcil, Dunn, Reardon & Shea, P.C.** | **100 Grandview Road** |
|  | **Post Office Box 9139** |
| **350 Lincoln Street** | **Braintree, MA 02185-9139** |
| **Hingham, MA 02043** | **(781) 848-9891** |
| **(617) 482-0007** | **michael@kenneyconley.com** |
| **apower@hmdrslaw.com** | **(Signature by permission)** |
| **jsheehan@hmdrslaw.com** |  |
| **(Signature by permission)** |  |

## CERTIFICATE OF SERVICE

**I hereby certify that on this day a true copy of the within document was served upon all parties via ECF by electronic mail.**

**_/s John P. Coakley_____**

**DATED: June 15, 2022**